IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD BATIE,

    Plaintiff,

v.                                                          CASE NO. 1:06-cv-00062-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS,
JAMES MCDONOUGH,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 28, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition of Mr. Batie, challenging the result of a prison disciplinary hearing, be dismissed with prejudice. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the state court's finding that the State had complied with its mandamus order was not contrary to, or involved an unreasonable application of, clearly established Supreme Court law and that the decision was not based on an unreasonable determination of the facts in light of the evidence presented to the state court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed with prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of May, 2009

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge